AO 442 (Rev. 5/93) Warrant for Arrest

*SEALED BY ORDER OF THE COURT*
*ORIGINAL*

# United States District Court

545969

DISTRICT OF __HAWAII__    CR 01-137 DAE

UNITED STATES OF AMERICA

V.

GUO KUN LI

**WARRANT FOR ARREST**

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 26 2007
CASE NUMBER: MAG # 01-0082 KSC

To: The United States Marshal
and any Authorized United States Officer

at __10__ o'clock and __00__ min __A__ m
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED to arrest __GUO KUN LI__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
alien smuggling and conspiracy

in violation of
Title __8__ United States Code, Section(s) __1324(a)(2)(B)(ii) and 1324(a)(1)(A)(v)(I)__

__Susan Oki Mollway__
Name of Issuing Officer

__/s/ Susan Oki Mollway__
Signature of Issuing Officer

__District Judge__
Title of Issuing Officer

February 22, 2001, Honolulu, HI
Date and Location

Bail fixed at $ __to be determined upon arrest__ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST MAR 05 2007 | Special Agent Rachel A Byrd | /s/ Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.